**TATEISHI & TANAKA**
Attorneys, A Law Corporation

MICHAEL K. TATEISHI 2087
BRYAN M.W. TANAKA 10003
Wailuku Town House
2158 Main Street, Suite 201
Wailuku, Hawaii 96793
Telephone No. (808) 244-3933
Email: michael@tateishilaw.com
bryan@tateishilaw.com

Attorneys for Plaintiff

**Electronically Filed**
**SECOND CIRCUIT**
**2CCV-24-0000226**
**24-APR-2024**
**03:05 PM**
**Dkt. 1 CMPS**

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LUISA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.; DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO.<br>(Other Non-Vehicle Tort)<br><br>COMPLAINT; SUMMONS |

## COMPLAINT

Plaintiff LUISA JOHNSON ("PLAINTIFF"), by and through her attorneys, Tateishi & Tanaka, and for claim of relief against Defendants above-named, jointly and severally, allege and aver as follows:

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai`i.
Dated at: Wailuku, Hawai`i 24-APR-2024, /s/ Sandy S. Kozaki, Clerk of the Second Judicial Circuit, State of Hawai`i

## PARTIES

1. PLAINTIFF, at the time of the incident described herein, was a resident of Zaragoza, Spain.

2. Defendant WALMART INC. ("DEFENDANT"), at the time of the incident described herein, was a Foreign Profit Corporation organized in the State of Delaware and doing business in the County of Maui, State of Hawaii.

3. DOE DEFENDANTS 1-10 are sued herein under fictitious names for the reason that their true names and identities are presently unknown to PLAINTIFF except that they were connected in some manner with the named Defendants and/or were in some manner presently unknown to PLAINTIFF engaged in the activities alleged herein, and/or were in some manner responsible for the injuries and damages to PLAINTIFF. PLAINTIFF will identify the true names and capacities, activities, and/or responsibilities when the same are ascertained. PLAINTIFF has made diligent and good-faith efforts to ascertain the identities of those responsible, including a review of materials obtained in the investigation of the incident which forms the basis for this action.

## FACTUAL ALLEGATIONS

4. The circumstances that give rise to this action involve an incident that occurred on or about May 8, 2023 in the County of Maui, State of Hawaii, within the jurisdiction of this Court.

5. On or about May 8, 2023, PLAINTIFF was a customer at DEFENDANT's Kahului Store, which is located at 101 Pakaula Street, Kahului, Maui, Hawaii 96732 ("the property").

6. After making a purchase, PLAINTIFF loaded her vehicle and proceeded to return the shopping cart to the nearest cart corral in the parking lot.

7. While returning the shopping cart, PLAINTIFF tripped and fell on the metal bottom bracket of the cart corral, which was raised and not properly secured to the pavement.

8. As a result, PLAINTIFF sustained serious and substantial bodily injury that includes, but is not limited to, a fractured right hip, and pain and injury to her pelvis, buttocks, right hip, and right leg.

<u>COUNT I</u>

9. PLAINTIFF realleges and incorporates herein by reference the preceding paragraphs 1 through 8.

10. Since the property was owned and/or under the control of DEFENDANT, DEFENDANT owed a duty to PLAINTIFF to exercise reasonable care to maintain the property in a safe condition or to give adequate warning to persons like PLAINTIFF who were reasonably anticipated to be on the property.

11. Said incident was caused by the acts and/or omissions of DEFENDANT that include, but are not limited to, the following:

a. DEFENDANT permitted a condition that posed an unreasonable risk of harm to exist on the property;

b. DEFENDANT knew or should have known of the unreasonable risk of harm;

c. DEFENDANT had sufficient control over the property to be able to take reasonable steps to remove the unreasonable risk of harm or to give adequate warning of the risk;

d. DEFENDANT failed to take reasonable steps to remove the unreasonable risk of harm or to give adequate warning of that risk;

e. DEFENDANT's failure was a legal cause of injury to PLAINTIFF.

COUNT II

12. PLAINTIFF realleges and incorporates herein by reference the preceding paragraphs 1 through 11.

13. DEFENDANT's actions and/or inactions constitute negligence.

14. DEFENDANT's negligence was a legal cause of PLAINTIFF's injuries and damages.

COUNT III

15. PLAINTIFF realleges and incorporates herein by reference the preceding paragraphs 1 through 14.

16. As a result of the acts and/or omissions of Defendants, PLAINTIFF has incurred, and will continue to incur, medical expenses.

17. As a result of the acts and/or omissions of Defendants, PLAINTIFF has sustained injuries and has suffered, and will continue to suffer, future disability, pain, disfigurement, and emotional distress.

WHEREFORE, PLAINTIFF prays for judgment against Defendants, jointly and severally, for such special, general, and other damages to which PLAINTIFF shall be

entitled to pursuant to proof adduced at trial, together with cost of suit, pre-judgment and post-judgment interest, and such other further relief, both legal and equitable, as this Court deems appropriate and just.

DATED: Wailuku, Hawaii, April 24, 2024.

/s/ Bryan M.W. Tanaka
MICHAEL K. TATEISHI
BRYAN M.W. TANAKA
Attorneys for Plaintiff

| STATE OF HAWAI`I<br>CIRCUIT COURT OF THE<br>SECOND CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT |
|---|---|
| CASE NUMBER | PLAINTIFF'S NAME & ADDRESS, TEL. NO.<br>TATEISHI & TANAKA<br>Attorneys, A Law Corporation<br><br>MICHAEL K. TATEISHI 2087<br>BRYAN M.W. TANAKA 10003<br>Wailuku Town House<br>2158 Main Street, Suite 201<br>Wailuku, Hawaii 96793<br>Telephone No. (808) 244-3933 |
| PLAINTIFF<br>LUISA JOHNSON | |
| DEFENDANT(S)<br>WALMART INC.; DOE DEFENDANTS 1-10 | |

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to filed with the court and serve upon

TATEISHI & TANAKA
Attorneys, A Law Corporation
Wailuku Town House
2158 Main Street, Suite 201
Wailuku, Hawaii 96793
,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRYOF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

DATE ISSUED April 24, 2024

Effective Date of 03-Jul-2023
signed by: /s/M. Ferreira
Clerk, 2nd Circuit, State of Hawai`i

The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http://www.courts.state.hi.us

JUDICIARY • STATE OF HAWAI'I

If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:
Call (808) 244-2855 FAX (808) 244-2932 OR Send an e-mail to: adarequest@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

*(Rev. 7/3/2023)*